433 F.2d 350
 UNITED STATES of America, Plaintiff-Appellee,
v.
Ishman HARRIS, Sr., Defendant-Appellant.
 No. 29247
Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Nov. 4, 1970.
 
 B. Clarence Mayfield, Savannah, Ga., for defendant-appellant.
 R. Jackson B. Smith, Jr., U. S. Atty., Richard C. Chadwick, Asst. U. S. Atty., Savannah, Ga., for plaintiff-appellee.
 Before GEWIN, GOLDBERG, and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)